## WARD v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 80, September Term, 1959.]

*Decided March 18, 1960.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of the court below. See also *Ward v. State,* 219 Md. 559. It is significant that, in that appeal, no contention was raised as to the validity of a search and seizure of his automobile, following his arrest for drunken driving. It cannot be raised in this proceeding. *Mears v. Warden,* 220 Md. 682. The same thing is true of the alleged lack of preliminary hearing. Cf. *Culley v. Warden,* 218 Md. 639.